# EXHIBIT A

## Bureau of Prisons - Inmate Records

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANGEL ZELEDON<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 00-354 |

DECLARATION OF ANN NORENBERG

1. I, Ann Norenberg, do hereby declare that I am employed by the United States Department of Justice, Federal Bureau of Prisons (FBOP), as a Paralegal Specialist for the Consolidated Legal Center for Minnesota (CLC Minnesota). CLC Minnesota handles all legal matters, including litigation and administrative issues, for the federal institutions located in Minnesota. This includes the facilities in Rochester, Waseca, Sandstone, and Duluth. The CLC office is located in Rochester. I have been employed by the FBOP since May 1990, and have been working as a Paralegal since April 1997.

2. As a Paralegal Specialist for the CLC, I have access to records maintained by the Bureau of Prisons in the normal course of business for inmates, including sentencing information, detainers, drug program participation, and administrative remedy data.

3. The Petitioner in this matter is federal inmate Angel Zeledon, Federal Register Number 09698-041 (hereinafter "Petitioner"). Petitioner is currently incarcerated at the Northeast Ohio Corrections Center, which is a contract facility for the FBOP. He is serving an 87-month sentence, with 4 years supervised release, imposed by the United States District Court for the District of Minnesota following a conviction for Distribution of Methamphetamine in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(b). Petitioner has a projected release date of December 13, 2009, via good conduct time release. Attached and incorporated by reference to this declaration as Attachment

A is a true and accurate copy, kept in the ordinary course of business, of Petitioner's Public Information Data.

4. A review of the records indicates that Petitioner has not filed any administrative remedies concerning his ineligibility to receive the rewards offered for participating in the Residential Drug Abuse Program (RDAP), or his inability to receive a timely release to a halfway house. Attached and incorporated by reference to this declaration as Attachment B is a true and accurate copy, kept in the ordinary course of business, of Petitioner's Administrative Remedy Data.

5. In addition, the records reveal that Petitioner has not participated in the RDAP. He completed his required Drug Education in 2004 and there has been no further activity or participation in drug programming. Attached and incorporated by reference to this declaration as Attachment C is a true and accurate copy, kept in the ordinary course of business, of Petitioner's Inmate History, Drug Programs.

6. In accordance with Program Statement 5330.10, Drug Abuse Programs Manual, Petitioner is eligible to participate in the RDAP, however, he is not eligible to receive the early release incentive under 18 U.S.C Section 3621(e)(2)(b). Additionally, because Petitioner has a Deportation Order from the Immigration and Naturalization Service (INS), he is not eligible for halfway house placement upon release; he will be released to INS for deportation. Attached and incorporated by reference to this declaration as Attachment D is a true and accurate copy, kept in the ordinary course of business, of Petitioner's Immigration Detainer-Notice of Action.

I declare under penalty of perjury pursuant to 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 25th day of March 2008.

Ann Norenberg
Ann Norenberg, Paralegal Specialist
Consolidated Legal Center
Federal Medical Center
Rochester, Minnesota

# ATTACHMENT A

## PUBLIC INFORMATION DATA

```
 RCHTA          *             PUBLIC INFORMATION           *     03-24-2008
PAGE 001        *                INMATE DATA               *     12:46:39
                               AS OF 03-24-2008

REGNO..: 09698-041 NAME: ZELEDON, ANGEL MOISES

                   RESP OF: NEO / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 330-746-3777    FAX: 330-746-3318
                                            RACE/SEX...: WHITE / MALE
                                            AGE:
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 12-13-2009                     PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL  ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
NEO  A-DES      DESIGNATED, AT ASSIGNED FACIL  09-12-2005 1620 CURRENT
A02  RELEASE    RELEASED FROM IN-TRANSIT FACL  09-12-2005 1620 09-12-2005 1620
A02  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-12-2005 1005 09-12-2005 1620
OKL  HLD REMOVE HOLDOVER REMOVED               09-12-2005 0905 09-12-2005 0905
OKL  A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-17-2005 1650 09-12-2005 0905
A02  RELEASE    RELEASED FROM IN-TRANSIT FACL  08-17-2005 1750 08-17-2005 1750
A02  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-17-2005 0921 08-17-2005 1750
THA  HLD REMOVE HOLDOVER REMOVED               08-17-2005 0821 08-17-2005 0821
THA  A-BOP HLD  HOLDOVER FOR INST TO INST TRF  08-11-2005 1432 08-17-2005 0821
B07  RELEASE    RELEASED FROM IN-TRANSIT FACL  08-11-2005 1532 08-11-2005 1532
B07  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-11-2005 0700 08-11-2005 1532
OXF  HLD REMOVE HOLDOVER REMOVED               08-11-2005 0600 08-11-2005 0600
OXF  A-HLD      HOLDOVER, TEMPORARILY HOUSED   08-10-2005 1244 08-11-2005 0600
B07  RELEASE    RELEASED FROM IN-TRANSIT FACL  08-10-2005 1344 08-10-2005 1344
B07  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-10-2005 0945 08-10-2005 1344
WAS  TRANSFER   TRANSFER                       08-10-2005 0845 08-10-2005 0845
WAS  A-DES      DESIGNATED, AT ASSIGNED FACIL  06-02-2004 1032 08-10-2005 0845
1-P  RELEASE    RELEASED FROM IN-TRANSIT FACL  06-02-2004 1132 06-02-2004 1132
1-P  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-20-2004 0919 06-02-2004 1132
CMS  ADMIN REL  ADMINISTRATIVE RELEASE         05-20-2004 0819 05-20-2004 0819
CMS  A-ADMIN    ADMINISTRATIVE ADMISSION       05-20-2004 0818 05-20-2004 0819
1-P  RELEASE    RELEASED FROM IN-TRANSIT FACL  05-20-2004 0918 05-20-2004 0918
1-P  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-18-2004 1348 05-20-2004 0918
CMS  ADMIN REL  ADMINISTRATIVE RELEASE         05-18-2004 1248 05-18-2004 1248
CMS  A-ADMIN    ADMINISTRATIVE ADMISSION       05-18-2004 1241 05-18-2004 1248
P04  RELEASE 05 RELEASED FROM IN-TRANSIT, MAY  05-18-2004 1341 05-18-2004 1341
P04  A-ADMIT 01 ADMITTED TO IN-TRANSIT, JAN    01-24-2004 0530 05-18-2004 1341
I-T  RELEASE    RELEASED FROM IN-TRANSIT FACL  01-24-2004 0530 01-24-2004 0530
I-T  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-26-2003 0530 01-24-2004 0530
A02  RELEASE    RELEASED FROM IN-TRANSIT FACL  09-26-2003 0530 09-26-2003 0530
A02  A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-25-2003 0945 09-26-2003 0530
OKL  HLD REMOVE HOLDOVER REMOVED               09-25-2003 0845 09-25-2003 0845
OKL  A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-19-2003 1910 09-25-2003 0845
```

G0002        MORE PAGES TO FOLLOW . . .

RCHTA * PUBLIC INFORMATION * 03-24-2008
PAGE 002 * INMATE DATA * 12:46:39
AS OF 03-24-2008

REGNO..: 09698-041 NAME: ZELEDON, ANGEL MOISES

RESP OF: NEO / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 330-746-3777 FAX: 330-746-3318
PRE-RELEASE PREPARATION DATE: 06-13-2009

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 12-13-2009 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 00-354(01)(DWF/AJB)
JUDGE...........................: FRANK
DATE SENTENCED/PROBATION IMPOSED: 05-06-2004
DATE COMMITTED..................: 06-02-2004
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 383
OFF/CHG: DISTRIBUTION OF METHAMPHETAMINE 21:841(A)(1) AND (B)(1)(B)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 87 MONTHS
TERM OF SUPERVISION............: 4 YEARS
DATE OF OFFENSE................: 11-16-2000

```
 RCHTA          *              PUBLIC INFORMATION              *    03-24-2008
PAGE 003 OF 003 *                 INMATE DATA                  *    12:46:39
                                AS OF 03-24-2008

REGNO..: 09698-041 NAME: ZELEDON, ANGEL MOISES

                   RESP OF: NEO / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 330-746-3777    FAX: 330-746-3318
-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-04-2007 AT NEO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-06-2004
TOTAL TERM IN EFFECT............:    87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 11-16-2000

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    11-17-2000    11-28-2000
                                    09-02-2003    05-05-2004

TOTAL PRIOR CREDIT TIME.........: 259
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 341
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 12-13-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-19-2010


PROJECTED SATISFACTION DATE.....: 12-13-2009
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# ATTACHMENT B

# ADMINISTRATIVE REMEDY DATA

```
  RCHTA         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     03-24-2008
PAGE 001 OF 001                                                    12:42:38
     FUNCTION: LST SCOPE: REG   EQ 09698-041     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___       ___       ___       ___       ___       ___
        TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________

G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```

# ATTACHMENT C

# INMATE HISTORY, DRUG PROGRAMS

RCHTA 531.01 * INMATE HISTORY * 03-24-2008
PAGE 001 OF 001 * DRUG PGMS * 14:14:21

REG NO..: 09698-041 NAME....: ZELEDON, ANGEL MOISES
CATEGORY: DRG FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| NEO | DRG E COMP | DRUG EDUCATION COMPLETED | 10-22-2004 1333 | CURRENT |
| NEO | DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 06-20-2004 1454 | CURRENT |
| WAS | ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 09-13-2004 1109 | 10-22-2004 1333 |
| WAS | ED WAIT R | DRUG EDUCATION WAIT-REQUIRED | 07-14-2004 1131 | 09-13-2004 1109 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

# ATTACHMENT D

# IMMIGRATION DETAINER-NOTICE OF ACTION

J.S. Department of Justice | Immigration Detainer - Notice of Action

J.S. Department of Justice
mmigration and Naturalization Service

File No.
A# 076407694

Date:
05/25/2007

BOP # 09698-041

'O: (Name and title of institution)
I NE OHIO CORR CTR
240 HUBBARD RD
'OUNGSTOWN, OH 44501

From: (INS office address)
CHICAGO, IL DOCKET CONTROL OFFICE
DOCKET CONTROL OFFICE CHICAGO
CHICAGO, IL

Name of alien. Angel ZELEDON

Date of birth. 12/23/19 Nationality: Mexico Sex: Male

**You are advised that the Immigration and Naturalization Service concerning the above-named inmate of your institution have taken the action noted below:**

] Investigation has been initiated to determine whether this person is subject to removal from the United States.

] A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

(Date)

] A warrant of arrest in removal proceedings, a copy of which is attached, was served on ________ (Date)

] Deportation or removal from the United States has been ordered.

**t is requested that you:**

lease accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarter's assignments, or other treatment, which he or she would otherwise receive.

] Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, undays and Federal holidays) to provide adequate time for INS to assume custody of alien. **You may notify INS by calling** 614-469-2908 X2037 during business hours or 800-748-5602 After hours in an emergency.

] Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self- addressed stamped nvelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to 312-356-4708 .
(Area code and facsimile number)

eturn fax to attention of AGENT MAPLE (Name of INS officer handling case), at 312-347-2400 EXT. 2438 (Area code and phone number)

] Notify this office of the time of release at least 30 days prior to release of as far in advance as possible.

] Notify this office in the event of the inmate's death or transfer to another institution.

] Please cancel the detainer previously placed by this Service on ________ .

PAUL D. MAPLE
(Signature of INS official)

IEA
(Title of INS official)

**eceipt acknowledged:**

ate of latest conviction: ________ Latest conviction charge: ________

stimated release date: ________

gnature and title of official: ________