# CERTIFICATE OF SERVICE

ANGEL ZELEDON,

Petitioner,

v. Case Number: 00-354 (DWF/AJB)

UNITED STATES OF AMERICA,

Respondent.

I hereby certify that on April 2, 2008, I served, or caused to be served, the following documents:

1. GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2241; and
2. Exhibit A - Bureau of Prisons Inmate Records.

I certify that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Angel Zeledon
#09698-041
N.E.O.C.C.
2240 Hubbard Road
Youngstown, OH 44505

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ Lana Chambers

BY: LANA CHAMBERS
Legal Assistant